UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

PEARLINE SHAW JACKSON, )
        Plaintiff, )
                                      )
                                      ) **JUDGMENT IN A CIVIL CASE**
   v. )
                                      ) **CASE NO. 7:15-CV-229-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 26]. Plaintiff's motion for judgment on the pleadings [D.E. 20] is DENIED, defendant's motion for judgment on the pleadings [D.E. 23] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on February 21, 2017, and Copies To:**
H. Clifton Hester                                         (via CM/ECF electronic notification)
Lisa M. Rayo                                            (via CM/ECF electronic notification)

DATE:                                        JULIE RICHARDS JOHNSTON, CLERK
February 21, 2017                       (By) /s/ Nicole Briggeman
                                                Deputy Clerk